ALBANY,
February, 1809.

Jackson
v.
Green.

GENET *against* MITCHELL.

Where the subject matter of a libel related to a remote transaction, and though concerning the conduct of a foreign minister resident here, but who had long been superseded, a struck jury was not allowed.

RUSSEL, in behalf of the plaintiff, moved for a struck jury in this cause. It was an action for a libel ; and the publication related to the conduct of the plaintiff while he was a minister of the *French* republic to the *United States.*

*Van Schaick* contra.

*Per Curiam.* This case does not come within the scope of those cases in which special juries have been allowed, where *official* characters were libelled. Though questions of law may be involved, yet they can no more be decided by a special, than by a common jury. The subject matter of the libel, in this case, is a remote transaction, having taken place fifteen years ago, and the cause does not appear to be of that " importance," as to require the extension of the rules that have been established relative to struck juries.

Rule refused.